# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Case No. _____

PERFORMANCE ONE MEDIA, LLC, a
Delaware Limited Liability Company

        Plaintiff,

v.

PURSUIT MEDIA TV, LLC, an Alabama
Limited Liability Company

        Defendant.

## COMPLAINT AND JURY DEMAND

Plaintiff Performance One Media, LLC, by and through its attorney John Hilkin, Gordon Rees Scully Mansukhani, LLP, for its Complaint against Defendant, states and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Performance One Media, LLC ("Plaintiff" or "Performance One") is a Delaware limited liability company with its principal address at 13276 E. Fremont Pl., Centennial, CO 80112, and as such is deemed to be a citizen of the State of Delaware and the State of Colorado.

2.	Defendant Pursuit Media TV, LLC ("Defendant" or "Pursuit Media") is an Alabama limited liability company with its principal address at 12 North King Street, Glenwood, Alabama 36034, and as such is deemed to be a citizen of the State of Alabama.

3.	This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) as the parties are citizens of different States, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.	Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) and (b), as a substantial part of the events giving rise to this claim occurred in the State of Colorado.

## BACKGROUND

5.	Defendant Pursuit Media and Plaintiff Performance One entered into a Promissory Note on November 28, 2018, as amended by a First Amendment on November 28, 2023 (the "First Amendment" and collectively, the "Promissory Note").  True and correct copies of the Promissory Note and First Amendment are attached as **Exhibit "A."**

6.	Defendant failed to tender payment in accordance with the payment schedule set forth in the First Amendment.  Specifically, the March 28, 2024, required payment of $250,000 was not paid when due.

7.	Section 5 of the Promissory Note states:

In the event of the occurrence of an Event of Default (as defined herein) Performance One may declare the entire Unpaid Principal Balance of this Note, together with any other accrued amounts, immediately due and payable at the place of payment, without presentment, protest, notice or demand, all of which are expressly waived.

8.	The term "Event of Default" includes any failure to make a payment under the Promissory Note when due.

9. Pursuant to Section 4 of the First Amendment, Defendant had a cure right of four (4) days. Defendant failed to cure its default within such period or subsequently.

10. Thus, with the payment default and failure to cure, the entire principal and accrued interest due from Pursuit Media to Performance One is $1,122,163.63 as of September 23, 2024.  The amount will continue to grow as this litigation progresses.

11. Performance One has performed all its obligations under the Promissory Note.

## COUNT ONE
*Breach of Contract*

12. Performance One incorporates its previous allegations as if fully set forth herein.

13. Defendant Pursuit Media entered into a contract with Performance One.  *See* **Exhibit "A."**

14. Defendant Pursuit Media breached the contract by failing to make required payments.

15. Performance One has fully performed under the terms of the contract.

16. Performance One has been damaged by Defendant Pursuit Media's breach of contract.

17. Performance One seeks $1,122,163.63, as well as any additional interest due pursuant to the terms of the contract, costs of collection, prejudgment interest, and attorneys' fees and costs through the date of judgment.

## COUNT TWO
*Unjust Enrichment*

19. Performance One incorporates its previous allegations as if fully set forth herein.

20. Performance provided television channel carriage services to Defendant Pursuit Media in exchange for payment.

21. Defendant Pursuit Media has failed to timely pay for those services.

22. Under the circumstances, it would be unjust for Defendant Pursuit Media not to provide compensation to Performance One for its services.

23. Performance One has been damaged by Defendant Pursuit Media's failure to make payments and seeks damages in the amount of approximately $1,122,163.63, with the exact amount to be proven at trial.

WHEREFORE, Plaintiff, Performance One Media, LLC, requests that this Court enter judgment in its favor and against Defendant, Pursuit Media, LLC, and requests recovery of its attorney fees and costs, costs of collection, all available interest, as well as any further relief that the Court deems appropriate.

## PLAINTIFF'S DEMAND A TRIAL BY JURY

Respectfully submitted this 24th day of September 2024.

**GORDON REES SCULLY MANSUKHANI**

*s/John F. Hilkin*
John F. Hilkin, #44419
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
T: (303) 534-5160
jhilkin@grsm.com

ATTORNEYS FOR PLAINTIFF